**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**FRANK EMANUEL MICHAEL**                                                              **PLAINTIFF**

**V.**                                                              **CIVIL ACTION NO. 3:08-cv-8 DPJ-JCS**

**CAROLE DAVIS ET AL.**                                                              **DEFENDANTS**

## JUDGMENT

For the reasons given in the Memorandum Opinion and Order, Defendants Allen Phillips,

Carole Davis, and Susan McCarty's motions for summary judgment are granted pursuant to Rule

56 of the Federal Rules of Civil Procedure.  Defendant Jim Hood's motion to dismiss is granted

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with

prejudice.

**SO ORDERED AND ADJUDGED** this the 27th day of October, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE